**Almond BRADLEY, alias Amond Bradly,
v. STATE.
8 Div. 189.**

Court of Appeals of Alabama.
June 4, 1935.

Newton Powell, of Decatur, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

163 So. 905

**Virgil BRADLEY, William (alias Willie) Moore,
Louis (alias Lewis) Ramsey, and Roy
Bradley v. STATE.
8 Div. 222.**

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

155 So. 916

**James W. BRAGG v. STATE.
8 Div. 899.**

Court of Appeals of Alabama.
May 22, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

155 So. 916

**Amos BRASHER v. STATE.
7 Div. 72.**

Court of Appeals of Alabama.
June 5, 1934.

RICE, Judge.
Appeal dismissed.

152 So. 920

**Bill BRIMER, Jr., v. STATE.
7 Div. 63.**

Court of Appeals of Alabama.
Jan. 16, 1934.

RICE, Judge.
Affirmed.

161 So. 915

**Walter BRINKLEY v. STATE.
6 Div. 717.**

Court of Appeals of Alabama.
April 30, 1935.

Bains & Saunders, of Bessemer, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, on motion of appellant.

161 So. 915

**Alfred BROOKS v. STATE.
6 Div. 711.**

Court of Appeals of Alabama.
April 30, 1935.

SAMFORD, Judge.
Appeal dismissed.

160 So. 918

**Eddie BROWN v. STATE.
8 Div. 2.**

Court of Appeals of Alabama.
April 2, 1935.

BRICKEN, Presiding Judge.
Affirmed.